

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By:  /S/Jennifer Smolinski
Deputy Clerk



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 23 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL P.**
**on**
**MULTIDISTRICT LITIGATION**



## IN RE: GADOLINIUM CONTRAST DYES PRODUCTS LIABILITY LITIGATION

MDL No. 1909

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-5)**

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). Since that time, 59 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

**A CERTIFIED TRUE COPY**

MAY - 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION**                                    MDL No. 1909

## SCHEDULE CTO-5 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 4  08-1831 ~~Carol Moorhouse, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.~~
                                    Opposed 5/8/08

NEW YORK SOUTHERN
  NYS 1  08-3385          David W. Lafforthun, et al. v. GE Healthcare, Inc., et al.
  NYS 1  08-3387          Shiral Stidham v. General Electric Co., et al.
  NYS 1  08-3389          Pavel Mamut, etc. v. General Electric Co., et al.
  NYS 1  08-3427          Vauna Kathleen Ratner, et al. v. General Electric Co., et al.

PENNSYLVANIA EASTERN
  PAE 2  08-1605          Dorothy Karros, et al. v. General Electric Co., et al.

TENNESSEE MIDDLE
  TNM 1  08-20            Sandra Litaker v. General Electric Co., et al.



Jenny E
Smolinski/OHND/06/USCOU
RTS
05/15/2008 01:23 PM

To   MDLClerkNYSD@NYSD.USCOURTS.gov

cc

bcc

Subject   MDL 1909 CTO-5

Re: **MDL 1909 Gadolinium Contrast Dyes**

| Transfer of Civil Cases | NYS# |
|---|---|
| **Lafforthun, et al v GE Healthcare, Inc.** | **1:08-3385** |
| **Stidham v General Electric Co.** | **1:08-3387** |
| **Mamut, etc. v General Electric Co.** | **1:08-3389** |
| **Ratner, et al v General Electric Co.** | **1:08-3427** |

Dear Sir/Madam:

Attached is a certified copy of Conditional Transfer Order (CTO-5) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable Dan A. Polster is to preside over this litigation.

When the case(s) have been closed in your District please follow these procedures:

1.    Initiate the civil case transfer functionality in CM/ECF;
2.    When prompted to select the "To court" choose "Ohio Northern".

**Note:** After completing this process the "NEF" screen will display the following message" "Sending e-mail to InterdistrictTransfer_OHND@ohnd.uscourts.gov." If this message is not displayed we have not received notice.

We will initiate the procedure to retrieve the transferred case(s) upon receipt of the e-mail. **If your court does not utilize the CM/ECF transfer functionality please contact our MDL clerks at the following e-mail addresses and documents will be retrieved using the courts pacer account:**

**Renee_Schumitsh@ohnd.uscourts.gov and**
**Jenny_E_Smolinski@ohnd.uscourts.gov**

If you have any questions, please call Renee Schumitsh at (216) 357-7017.

Sincerely,

Geri M. Smith



Northern District of Ohio   CTO-5.pdf